**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 5, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51381
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AGUSTIN ORTIZ-DE LA FUENTE

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
----------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's recent opinion in US v. Booker and this Court's opinion in US v. Mares is GRANTED.

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief 14 days from the Court's denial of appellee's motion to vacate and remand is MOOT.